No. 218.  STANDARD GAS & ELECTRIC CO. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.  *Paul D. Miller* and *Bernard Nemtzow* for petitioner.  *Solicitor General Sobeloff, William H. Timbers* and *Ellwood L. Englander* for the Securities and Exchange Commission, respondent. ▮

No. 221.  MURPHY CORPORATION ET AL. *v.* FONTENOT, COLLECTOR OF REVENUE OF LOUISIANA.  Supreme Court of Louisiana.  Certiorari denied.  *Clyde R. Brown* and *Clarence L. Yancey* for petitioners. ▮

No. 222.  BENSON ET AL., DOING BUSINESS AS BENSON SCAFFOLD MANUFACTURING CO., *v.* HUTTO ET AL.  C. A. 6th Cir.  Certiorari denied.  *H. H. McCampbell, Jr.* for petitioners.  *Jesse C. Parks, Jr.* for Hutto; and *Erma G. Greenwood* and *Russell R. Kramer* for the Newark Insurance Co., respondents. ▮

No. 223.  OHIO WATER SERVICE CO. *v.* MAHONING VALLEY SANITARY DISTRICT.  Supreme Court of Ohio.  Certiorari denied.  *James E. Mitchell* for petitioner.  *Frank Harrison* and *Henry J. Crawford* for respondent.

No. 224.  CITY OF NILES *v.* MAHONING VALLEY SANITARY DISTRICT.  Supreme Court of Ohio.  Certiorari denied.  *David C. Haynes* for petitioner.  *Frank Harrison* and *Henry J. Crawford* for respondent. ▮

No. 225.  BAETICH *v.* HOBBY, SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE.  C. A. 2d